JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
JENA A. MACCABE (Cal. Bar No. 316637)
Assistant United States Attorney
Violent and Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5046
     Facsimile: (213) 894-0141
     E-mail:    jena.maccabe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-mj-01494-DUTY |
|---|---|
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| EUGENE HENLEY, JR., et al., | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Jena A. MacCabe, hereby advises the Court that the above-captioned case has been assigned to the following Assistant United States Attorney ("AUSA"):

| | Name | E-mail Address |
|---|---|---|
| Newly Assigned AUSA | Jena A. MacCabe | jena.maccabe@usdoj.gov |

Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the newly assigned AUSA, Jena A. MacCabe, is associated with this case as

1  attorney of record for plaintiff and that she receives all e-mails

2  relating to filings in this case.

3   Dated: March 20, 2025             Respectfully submitted,

4                                     JOSEPH T. MCNALLY
                                       Acting United States Attorney
5
                                       LINDSEY GREER DOTSON
6                                     Assistant United States Attorney
                                       Chief, Criminal Division
7

8                                        /s/
                                       _____
                                       JENA A. MACCABE
9                                     Assistant United States Attorney

10                                    Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28